# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ADVANTA BANK,**

    **Plaintiff,**

        **v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

    **Defendant.**

**Civil Action No. 09-2423 (JMF)**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that the Federal Deposit Insurance Corporation's Motion for Stay Pending Appeal and Supporting Memorandum of Points and Authorities [#16] is **DENIED.**

    **SO ORDERED.**


_____

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE